UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHEN A. HODGSON, CIVIL NO. 00-2102 (RHK/JMM)

Plaintiff,

v. ORDER

CHRISTINE HODGSON,
KEVIN HODGSON,
MARTHA HODGSON LEE,
TERESA HODGSON,
DEBORAH a. BUSHNELL, and
JOHN DOE and JANE DOE,

Defendants.

The above matter came before the undersigned upon Plaintiff's Motions for Order of Contempt [Docket No. 5] and For Writ of Habeas Corpus [Docket No. 8]. Plaintiff is represented pro se. Although Plaintiff titles his Motions as ones for an 'Order of Contempt' and for a 'Writ of Habeas Corpus,' both Motions pertain to the issuance of a subpoena on a non-party, Neal Krzyzaniak. Plaintiff requests an Order holding Krzyzaniak in Contempt of Court for the willful disobedience of a lawfully served subpoena [Docket No. 5]; and requests that Krzyzaniak be brought before the Court should the Court determine that a hearing is required to resolve the Motion for an Order of Contempt [Docket No. 8].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

DEC 20 2000

IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motions for Order of Contempt [Docket No. 5] and For Writ of Habeas Corpus [Docket No. 8] are denied without prejudice.

2. Plaintiff shall bring no further motions until he has caused service of the Summons and Complaint to be served on all Defendants.

Dated: December 20, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

It does not appear to this Court that Plaintiff has served a Summons and Complaint upon any of the Defendants to this action. Until such time as they are served, issuance of subpoenas and Motions of the kind made by Plaintiff are premature. The time limit for service is governed by Federal Rule of Civil Procedure 4(m) which states: "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court...shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time."

J.M.M.