UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHEN ANDREW HODGSON,
sued as Stephen A. Hodgson

Plaintiff,

vs

ORDER
CV 00-2102 RHK/JMM

CRISTINE HODGSON,
KEVIN HODGSON,
MARTHA HODGSON LEE,
TERESA HODGSON,
DEBORAH A. BUSHNELL
JOHN DOE,
JANE DOE,

Defendants.

---

IT IS ORDERED, that all dispositive motions in the above action are referred to Magistrate Judge John M. Mason for a Report and Recommendation.

Dated: February 12, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED FEB 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______