# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stephen Andrew Hodgson

v.

Christine Hodgson, Kevin Hodgson, Martha Hodgson Lee, Teresa Hodgson, Deborah A. Bushnell, John and Jane Doe

Case No. Civil 00-2102RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for default judgment is denied; defendants' motion to dismiss the complaint is granted; plaintiff's "motion to dismiss defendants' motion to dismiss" is denied and the complaint may be, and hereby is, dismissed without prejudice.

DATE: May 30, 2001

FRANCIS E. DOSAL, CLERK

______________________________
Denise La Fond, Deputy Clerk